IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:03cr69-MEF |
| | ) | |
| LEE ERNEST MCBRYDE | ) | |

# **O R D E R**

Upon consideration of the Defendant's Motion for Modification of Sentence as amended by his Motion to Correct (Doc. #41), it is hereby

ORDERED that the motion (Doc. #41) is GRANTED.  The Defendant's sentence in this case shall run concurrently with any other sentence imposed by the Alabama courts since the Defendant's sentencing on August 8, 2003.  It is further ORDERED that a copy of this order be provided to the Bureau of Prisons.

Done this the 19th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE