◎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__                District of    __ALABAMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| **LEE ERNEST MCBRYDE** | Case Number:   2:03CR69-MEF |
|  | USM Number:   11182-002 |
|  | **Kevin L. Butler** |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __# 3 of the violations report__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

Defendant's violations #1 and #2 are dismissed per the Government's Oral Motion to Dismiss violations #1 and #2.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| #3 | Defendant shall participate in drug testing and/or treatment if directed by the probation officer. Defendant shall contribute to the cost of any treatment based on ability to pay and availability of third party payments. | 3/26/2007 |

       The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   __000/00/5968__

Defendant's Date of Birth:   __00/00/1968__

Defendant's Residence Address:

__Waugh, Alabama__

Defendant's Mailing Address:

__Waugh, Alabama__

May 17, 2007
Date of Imposition of Judgment

*[signature]*
Signature of Judge

**MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE**
Name and Title of Judge

__17 MAY 2007__
Date

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | LEE ERNEST MCBRYDE | |
| CASE NUMBER: | 2:03CR69-MEF | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**Fourteen (14) months.**

X   The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that the defendant be designated to a facility to receive appropriate treatment for mental or physical health related problems including but not limited to the treatment of diabetes and hypoglycemia.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

　　Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL